UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ANGELA SILVELS, ) | |
| ) | |
| Plaintiff, ) | |
| a. ) | No. 1:04-CV-278 |
| ) | |
| JO ANNE B. BARNHART, ) | Judge Curtis L. Collier |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

### ORDER

In accordance with the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations (Court File No. 21) pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b), and hereby **ORDERS**:

(1) Plaintiff's motion for judgment on the pleadings (Court File No. 16) is **DENIED**;

(2) Defendant's motion for summary judgment (Court File No. 19) is **GRANTED**;

(3) The Commissioner's decision denying benefits to Plaintiff is **AFFIRMED**; and

(4) This action is **DISMISSED**

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**